No. A–377. BOARD OF EDUCATION OF MEMPHIS CITY SCHOOLS ET AL. v. NORTHCROSS ET AL. D. C. W. D. Tenn. Application for stay presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.

No. A–393. SLOBODIAN v. NEW JERSEY. Sup. Ct. N. J. Application for bail presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. 9, Orig. UNITED STATES v. LOUISIANA ET AL. (LOUISIANA BOUNDARY CASE). Motion of State of Louisiana for entry of a supplemental decree (No. 4) as to the United States granted [see ante, p. 17]. Motion of the United States for leave to file an account of funds released from impoundment pursuant to supplemental decree (No. 3) of December 20, 1971 [404 U. S. 388], granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions.

No. 58, Orig. AMERICAN PARTY ET AL. v. NEW YORK ET AL. Motion for temporary restraining order denied.

No. 70–2. UNITED STATES v. 12 200-FT. REELS OF SUPER 8MM. FILM ET AL. (PALADINI, CLAIMANT). Appeal from D. C. C. D. Cal. [Probable jurisdiction noted, 403 U. S. 930.] Motion of First Amendment Lawyers' Assn. for leave to file untimely brief as amicus curiae in support of appellees granted. Motion of Joel Hirschhorn for leave to participate in oral argument as amicus curiae in support of appellees denied.

No. 70–40. DOE ET AL. v. BOLTON, ATTORNEY GENERAL OF GEORGIA, ET AL. Appeal from D. C. N. D. Ga. [Restored to calendar, 408 U. S. 919.] Motion of appellants for leave to present late authorities granted.

No. 72–5238. KOCHEL v. MARYLAND. Motion for leave to file petition for writ of habeas corpus denied.